No. 1003. Thomas Agnello et al. *v.* United States. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George Gordon Battle* for petitioners. *Mr. Solicitor General Beck* for the United States.

---

No. 974. William H. Edwards, Formerly Collector of Internal Revenue, etc. *v.* Joseph Jermain Slocum et al. May 7, 1923. Petition for a writ of certiorari to the Circuit of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Robert Thorne* for respondents.

---

No. 978. Magnum Import Company, Inc. *v.* Francois Joseph de Spoturno Coty;

No. 979. Max L. Cohn, Trading as Maclen Import Company, *v.* Francois Joseph de Spoturno Coty;

No. 980. Arthur Baum et al., Trading as Beautex Company, *v.* Francois Joseph de Spoturno Coty;

No. 981. Magnum Import Company, Inc. *v.* Houbigant, Inc., and

No. 982. Ivory Novelties Trading Company, Inc. *v.* Francois Joseph de Spoturno Coty. May 7, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles H. Tuttle* and *Mr. William J. Hughes* for petitioners. *Mr. Hugo Mock, Mr. Asher Blum* and *Mr. Frederic D. McKenney* for respondents in Nos. 978, 979, 980 and 982. *Mr. Lindley M. Garrison, Mr. George S. Hornblower, Mr. Raoul E. Desvernine* and *Mr. Frederic D. McKenney* for respondent in No. 981. [See *ante,* 159, 729.]

---

No. 994. United States *v.* Gulf Refining Company. May 7, 1923. Petition for a writ of certiorari to the